IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ZYRONIA PATRICE MIMS and
THE SAFETY NEST INC.,

                    Plaintiff,                    OPINION and ORDER

  v.

                                                  25-cv-373-jdp

U.S. FEDERAL GOVERNMENT,

                    Defendant.

---

      Plaintiff Zyronia Patrice Mims, proceeding without counsel, brings this lawsuit on behalf of herself and The Safety Nest Inc., against the United States. I screened Mims's complaint and dismissed it for multiple reasons, including that Mims couldn't represent The Safety Nest and that Mims's extremely cursory allegations didn't explain what the United States did to violate either plaintiff's rights. Dkt. 4. I gave Mims until June 10, 2025, to submit an amended complaint and for The Safety Nest to appear by counsel and prepay the full filing fee. *Id.*

      Neither plaintiff has responded to this order. Therefore, I will dismiss the case in its entirety for plaintiffs' failure to state a claim upon which relief may be granted.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiffs' failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered July 3, 2025.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge